1522

**96–34.** Brown v. Rogers. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

**96–36.** Guess v. Judges. In Mandamus and Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

**96–51.** Cole v. Ohio Dept. of Corr. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

**96–95.** McCoy v. Russell. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

**96–104.** Neace v. Anderson. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

**96–178.** Keyes v. Ohio Dept. of Rehab. & Corr. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.